(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: __23 cv 81210__

Glenn Scott Cohen
16 Via De Casas Sur APT 103
Boynton Beach FL Plaintiff(s) 33426

v.

Department Of Veteran Affairs

Defendant(s)

FILED BY **nee** D.C.
NOV 27 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## Default Judgement Motion
(TITLE OF DOCUMENT)

I, __Glenn Scott Cohen__, (plaintiff) or defendant, in the above styled cause, Is asking for the entry of a default Judgement in the above lawsuit. The defendant was to respond in the lawsuit and has failed to comply within the 60 day period. The answer was due on 11/21/23 and the Department of Veteran Affairs failed to comply therefore I am asking for this default Judgement in my favor.

Thank you
Glenn Cohen

11/27/2023
Dated: Month, day, year

Respectfully submitted,

_Glenn Scott Cohen_
Name of Filer

_____
Attorney Bar Number *(if applicable)*

_____
Attorney E-mail Address *(if applicable)*

_____
Firm Name *(if applicable)*

_16 Via De Casas Sur APT 103_
Street Address

_Boynton Beach FL 33426_
City, State, Zip Code

Telephone: _(954) 214-8273_

Facsimile: _____

_Glenn Cohen_
Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by _U.S. Certified Mail_ [specify method of service] on _9/21/2023_ [date] on all counsel or parties of record on the Service List below.

_[signature]_
Signature of Filer